## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

**STACY J. KIGHTLINGER**                                  **CASE NO. 23-20104**
**XXX-XX-2957**
**2650 FM 248**
**JEFFERSON, TX 75657-701812**
**DEBTOR**                                                **CHAPTER 13**

---

**STACY J. KIGHTLINGER**
**PLAINTIFF**

**VS.**                                                   **ADV. CASE NO. 24-02001**

**GOODLEAP LLC**
**DEFENDANT**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Bankr. P. 7041, the parties to the above-stated adversary proceeding stipulate to the dismissal of the entire complaint with prejudice.

/s/Carol C. Stone
Attorney for Debtor/Plaintiff
TX Bar 24064289
Law Office of Carol Cross Stone, PLLC
1118 Judson Road
Longview, TX 75601
903-759-5922 (voice)
866-929-0734 (fax)
carol@crossstone.com (direct)

/s/Matt D. Manning
Matt Delmore Manning
Attorney for Defendant Goodleap LLC
TX Bar 24070210
McGlinchey Stafford
1001 McKinney St.
Ste 1500
Houston TX 77002
713-520-1900 (voice)
713-520-1025 (fax)
mmanning@mcglinchey.com

## **CERTIFICATE OF SERVICE**

This is to certify that a true copy of the above and foregoing "Stipulation of Dismissal" has

been served on the parties listed below by Electronic Notice through the Court's ECF system or

United States First Class Mail, postage prepaid, on __03/15/2025_____ :

Stacy J. Kightlinger
120 Oak Trail
Kilgore TX 75662

Lloyd Kraus
Chapter 13 Trustee
By ECF

SO CERTIFIED this the __03/15/2025_____ ,

/s/ Carol C. Stone